No. 898. NEW YORK LIFE INSURANCE CO. *v.* ATKINSON. C. A. 10th Cir. Certiorari denied. MR. JUSTICE HARLAN took no part in the consideration or decision of this application. *Earl S. MacArthur, Morrison Shafroth* and *Henry W. Toll* for petitioner. *Frederick P. Cranston* for respondent.

No. 8, Misc. RYBAR *v.* TEETS, WARDEN. Supreme Court of California. Certiorari denied. Petitioner *pro se.* *Edmund G. Brown,* Attorney General of California, *Clarence A. Linn,* Assistant Attorney General, and *Arlo E. Smith,* Deputy Attorney General, for respondent.

No. 346, Misc. FOSTER *v.* RAGEN, WARDEN, ET AL. Criminal Court of Cook County and Circuit Court of Will County, Illinois. Certiorari denied. Petitioner *pro se.* *Latham Castle,* Attorney General of Illinois, for Ragen, respondent.

No. 559, Misc. FLITCRAFT *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *James J. Laughlin* and *Albert J. Ahern, Jr.* for petitioner. *Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Isabelle R. Cappello* for the United States.

No. 575, Misc. LYDA *v.* CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 583, Misc. AGNEW *v.* CITY OF COMPTON ET AL. C. A. 9th Cir. Certiorari denied.

No. 584, Misc. BLOCH *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.